# EXHIBIT 1

**Liquid Herbals Manufacturing DBA. Liquid Nutra Gr**
1392 E 1300 S
Vernal, UT 84078 US
accounts@liquidnutragroup.com
liquidnutragroup.com

# INVOICE

**BILL TO**
Rejuvica

**INVOICE #** 2061
**DATE** 03/09/2020
**DUE DATE** 03/09/2020
**TERMS** Due on receipt

**SHIP VIA**
PO3420-011

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Rejuvica Sales** Restavin | 2,500 | 4.75 | 11,875.00 |

BALANCE DUE **$11,875.00**

# PURCHASE ORDER

## Rejuvica Health LLC

236 Fischer Ave.
Costa Mesa, CA 92626 USA

**PO NUMBER:** 3420-011
**ORDER DATE:** 3/4/2020
**EST. RECEIVE DATE:** --

**Supplier**

LNG

**Ship to**

Rejuvica Health LLC
236 Fischer Ave.
Costa Mesa, CA 92626 USA

| Product ID | Description | Packing | Quantity | Price | Subtotal |
|---|---|---|---|---|---|
| Restavin | Restavin | | 2500 | 3.60 | 9,000.00 |
| | | | | **Total:** | **9,000.00** |

**Additional Notes**

If you will, please reference PO#3420-011 on the BOL for accurate billing purposes. If you have any questions regarding this order feel free to reach out to me directly at 949-258-9758 or lsmith@rejuvica.com Thank you, Leigh S.

**Liquid Herbals Manufacturing DBA. Liquid Nutra Gr**
1392 E 1300 S
Vernal, UT 84078 US
accounts@liquidnutragroup.com
liquidnutragroup.com

# INVOICE

**BILL TO**
Rejuvica

**INVOICE #** 2093
**DATE** 03/17/2020
**DUE DATE** 03/17/2020
**TERMS** Due on receipt

**SHIP VIA**
PO31620-007

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Rejuvica Sales**<br>Cleanse Caps | 2,500 | 4.75 | 11,875.00 |

BALANCE DUE **$11,875.00**

# PURCHASE ORDER

## Rejuvica Health LLC

236 Fischer Ave.
Costa Mesa, CA 92626 USA

**PO NUMBER:** 31620-007
**ORDER DATE:** 3/16/2020
**EST. RECEIVE DATE:** --

**Supplier**
LNG

**Ship to**
Rejuvica Health LLC
236 Fischer Ave.
Costa Mesa, CA 92626 USA

| Product ID | Description | Packing | Quantity | Price | Subtotal |
|---|---|---|---|---|---|
| Cleanse Caps | Cleanse Caps | | 2500 | 3.60 | 9,000.00 |

**Total:** **9,000.00**

**Additional Notes**
If you will, please reference PO#31620-007 on the BOL for accurate billing purposes. If you have any questions regarding this order feel free to reach out to me directly at 949-258-9758 or lsmith@rejuvica.com Thank you, Leigh S.

**Liquid Herbals Manufacturing DBA. Liquid Nutra Gr**
1392 E 1300 S
Vernal, UT 84078 US
accounts@liquidnutragroup.com
liquidnutragroup.com

# INVOICE

**BILL TO**
Rejuvica

**INVOICE #** 2069
**DATE** 03/11/2020
**DUE DATE** 03/11/2020
**TERMS** Due on receipt

**SHIP VIA**
PO3920-005

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Rejuvica Sales**<br>Nervestra | 3,000 | 4.75 | 14,250.00 |

BALANCE DUE **$14,250.00**

# PURCHASE ORDER

## Rejuvica Health LLC

236 Fischer Ave.
Costa Mesa, CA 92626 USA

**PO NUMBER:** 3920-005
**ORDER DATE:** 3/9/2020
**EST. RECEIVE DATE:** --

**Supplier**

LNG

**Ship to**

Rejuvica Health LLC
236 Fischer Ave.
Costa Mesa, CA 92626 USA

| Product ID | Description | Packing | Quantity | Price | Subtotal |
|---|---|---|---|---|---|
| Nervestra | Nervestra | | 3000 | 3.60 | 10,800.00 |
| | | | | **Total:** | **10,800.00** |

**Additional Notes**

If you will, please reference PO# 3920-005 on the BOL for accurate billing purposes. If you have any questions regarding this order feel free to reach out to me directly at 949-258-9758 or lsmith@rejuvica.com Thank you, Leigh S.

**Liquid Herbals Manufacturing DBA. Liquid Nutra Gr**
1392 E 1300 S
Vernal, UT 84078 US
accounts@liquidnutragroup.com
liquidnutragroup.com

# INVOICE

**BILL TO**
Rejuvica

**INVOICE #** 2092
**DATE** 03/17/2020
**DUE DATE** 03/17/2020
**TERMS** Due on receipt

**SHIP VIA**
PO31620-006

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Rejuvica Sales**<br>Ginseng | 2,500 | 5.75 | 14,375.00 |

BALANCE DUE **$14,375.00**

# PURCHASE ORDER

## Rejuvica Health LLC

236 Fischer Ave.
Costa Mesa, CA 92626 USA

**PO NUMBER:** 31620-006
**ORDER DATE:** 3/16/2020
**EST. RECEIVE DATE:** --

**Supplier**
LNG

**Ship to**
Rejuvica Health LLC
236 Fischer Ave.
Costa Mesa, CA 92626 USA

| Product ID | Description | Packing | Quantity | Price | Subtotal |
|---|---|---|---|---|---|
| Ginseng | Ginseng | | 2500 | 3.60 | 9,000.00 |

**Total:** **9,000.00**

**Additional Notes**
If you will, please reference PO#31620-006 on the BOL for accurate billing purposes. If you have any questions regarding this order feel free to reach out to me directly at 949-258-9758 or lsmith@rejuvica.com Thank you, Leigh S.

**Liquid Herbals Manufacturing DBA. Liquid Nutra Gr**
1392 E 1300 S
Vernal, UT 84078 US
accounts@liquidnutragroup.com
liquidnutragroup.com

# INVOICE

**BILL TO**
Rejuvica

**INVOICE #** 2071
**DATE** 03/11/2020
**DUE DATE** 03/11/2020
**TERMS** Due on receipt

**SHIP VIA**
PO3920-007

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Rejuvica Sales**<br>Sobernix | 3,000 | 4.75 | 14,250.00 |

BALANCE DUE **$14,250.00**

# PURCHASE ORDER

## Rejuvica Health LLC

236 Fischer Ave.
Costa Mesa, CA 92626 USA

| | |
|---|---|
| **PO NUMBER:** | 3920-007 |
| **ORDER DATE:** | 3/9/2020 |
| **EST. RECEIVE DATE:** | -- |

**Supplier**

LNG

**Ship to**

Rejuvica Health LLC
236 Fischer Ave.
Costa Mesa, CA 92626 USA

| Product ID | Description | Packing | Quantity | Price | Subtotal |
|---|---|---|---|---|---|
| Sobrenix | Sobrenix | | 3000 | 3.60 | 10,800.00 |
| | | | | **Total:** | **10,800.00** |

**Additional Notes**

If you will, please reference PO#3920-007 on the BOL for accurate billing purposes. If you have any questions regarding this order feel free to reach out to me directly at 949-258-9758 or lsmith@rejuvica.com Thank you, Leigh S.

**Liquid Herbals Manufacturing DBA. Liquid Nutra Gr**
1392 E 1300 S
Vernal, UT 84078 US
accounts@liquidnutragroup.com
liquidnutragroup.com

# INVOICE

**BILL TO**
Rejuvica

**INVOICE #** 2097
**DATE** 03/17/2020
**DUE DATE** 03/17/2020
**TERMS** Due on receipt

**SHIP VIA**
PO31620-012

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Rejuvica Sales**<br>Natal Nourish | 4,000 | 4.75 | 19,000.00 |

BALANCE DUE **$19,000.00**

# PURCHASE ORDER

## Rejuvica Health LLC

236 Fischer Ave.
Costa Mesa, CA 92626 USA

**PO NUMBER:** 31620-012
**ORDER DATE:** 3/16/2020
**EST. RECEIVE DATE:** --

**Supplier**

LNG

**Ship to**

Rejuvica Health LLC
236 Fischer Ave.
Costa Mesa, CA 92626 USA

| Product ID | Description | Packing | Quantity | Price | Subtotal |
|---|---|---|---|---|---|
| Natal Nourish | Natal Nourish | | 4000 | 3.60 | 14,400.00 |

**Total: 14,400.00**

**Additional Notes**

If you will, please reference PO#31620-012 on the BOL for accurate billing purposes. If you have any questions regarding this order feel free to reach out to me directly at 949-258-9758 or lsmith@rejuvica.com Thank you, Leigh S.

**Liquid Herbals Manufacturing DBA. Liquid Nutra Gr**
1392 E 1300 S
Vernal, UT 84078 US
accounts@liquidnutragroup.com
liquidnutragroup.com

# INVOICE

**BILL TO**
Rejuvica

**INVOICE #** 2081
**DATE** 03/17/2020
**DUE DATE** 03/17/2020
**TERMS** Due on receipt

**SHIP VIA**
PO31120-002

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Rejuvica Sales**<br>Ginseng | 2,500 | 5.75 | 14,375.00 |

BALANCE DUE **$14,375.00**

# PURCHASE ORDER

## Rejuvica Health LLC

236 Fischer Ave.
Costa Mesa, CA 92626 USA

**PO NUMBER:** 31120-002
**ORDER DATE:** 3/11/2020
**EST. RECEIVE DATE:** --

**Supplier**
LNG

**Ship to**
Rejuvica Health LLC
236 Fischer Ave.
Costa Mesa, CA 92626 USA

| Product ID | Description | Packing | Quantity | Price | Subtotal |
|---|---|---|---|---|---|
| Ginseng | Ginseng | | 2500 | 3.60 | 9,000.00 |
| | | | | **Total:** | **9,000.00** |

**Additional Notes**
If you will, please reference PO#31120-002 on the BOL for accurate billing purposes. If you have any questions regarding this order feel free to reach out to me directly at 949-258-9758 or lsmith@rejuvica.com Thank you, Leigh S.

**Liquid Herbals Manufacturing DBA. Liquid Nutra Gr**
1392 E 1300 S
Vernal, UT 84078 US
accounts@liquidnutragroup.com
liquidnutragroup.com

# INVOICE

**BILL TO**
Rejuvica

**INVOICE #** 2098
**DATE** 03/17/2020
**DUE DATE** 03/17/2020
**TERMS** Due on receipt

**SHIP VIA**
PO31620-011

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Rejuvica Sales**<br>Balanced Femme | 5,000 | 4.75 | 23,750.00 |

BALANCE DUE **$23,750.00**

# PURCHASE ORDER

## Rejuvica Health LLC

236 Fischer Ave.
Costa Mesa, CA 92626 USA

**PO NUMBER:** 31620-011
**ORDER DATE:** 3/16/2020
**EST. RECEIVE DATE:** --

**Supplier**

LNG

**Ship to**

Rejuvica Health LLC
236 Fischer Ave.
Costa Mesa, CA 92626 USA

| Product ID | Description | Packing | Quantity | Price | Subtotal |
|---|---|---|---|---|---|
| Balanced Femme | Balanced Femme | | 5000 | 3.60 | 18,000.00 |

**Total:** **18,000.00**

**Additional Notes**

If you will, please reference PO#31620-011 on the BOL for accurate billing purposes. If you have any questions regarding this order feel free to reach out to me directly at 949-258-9758 or lsmith@rejuvica.com Thank you, Leigh S.



LNG000050

**Liquid Herbals Manufacturing DBA. Liquid Nutra Gr**
1392 E 1300 S
Vernal, UT 84078 US
accounts@liquidnutragroup.com
liquidnutragroup.com

# INVOICE

**BILL TO**
Rejuvica

**INVOICE #** 2084
**DATE** 03/17/2020
**DUE DATE** 03/17/2020
**TERMS** Due on receipt

**SHIP VIA**
PO31120-005

| ACTIVITY | QTY | RATE | AMOUNT |
| --- | --- | --- | --- |
| **Rejuvica Sales**<br>Nocturest | 5,000 | 4.75 | 23,750.00 |

BALANCE DUE **$23,750.00**

# PURCHASE ORDER

## Rejuvica Health LLC

236 Fischer Ave.
Costa Mesa, CA 92626 USA

**PO NUMBER:** 31120-005
**ORDER DATE:** 3/11/2020
**EST. RECEIVE DATE:** --

**Supplier**

LNG

**Ship to**

Rejuvica Health LLC
236 Fischer Ave.
Costa Mesa, CA 92626 USA

| Product ID | Description | Packing | Quantity | Price | Subtotal |
|---|---|---|---|---|---|
| Nocturest | Nocturest | | 5000 | 3.60 | 18,000.00 |

**Total:** **18,000.00**

**Additional Notes**

If you will, please reference PO#31120-005 on the BOL for accurate billing purposes. If you have any questions regarding this order feel free to reach out to me directly at 949-258-9758 or lsmith@rejuvica.com Thank you, Leigh S.

**Liquid Herbals Manufacturing DBA. Liquid Nutra Gr**
1392 E 1300 S
Vernal, UT 84078 US
accounts@liquidnutragroup.com
liquidnutragroup.com

# INVOICE

**BILL TO**
Rejuvica

**INVOICE #** 2091
**DATE** 03/17/2020
**DUE DATE** 03/17/2020
**TERMS** Due on receipt

**SHIP VIA**
PO31620-005

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Rejuvica Sales**<br>Bright Lung | 3,000 | 4.75 | 14,250.00 |

BALANCE DUE **$14,250.00**

# PURCHASE ORDER

## Rejuvica Health LLC

236 Fischer Ave.
Costa Mesa, CA 92626 USA

**PO NUMBER:** 31620-005
**ORDER DATE:** 3/16/2020
**EST. RECEIVE DATE:** --

**Supplier**

LNG

**Ship to**

Rejuvica Health LLC
236 Fischer Ave.
Costa Mesa, CA 92626 USA

| Product ID | Description | Packing | Quantity | Price | Subtotal |
|---|---|---|---|---|---|
| Bright Lungs | Bright Lungs | | 3000 | 3.60 | 10,800.00 |

**Total:** **10,800.00**

**Additional Notes**

If you will, please reference PO#31620-005 on the BOL for accurate billing purposes. If you have any questions regarding this order feel free to reach out to me directly at 949-258-9758 or lsmith@rejuvica.com Thank you, Leigh S.

**Liquid Herbals Manufacturing DBA. Liquid Nutra Gr**
1392 E 1300 S
Vernal, UT 84078 US
accounts@liquidnutragroup.com
liquidnutragroup.com

# INVOICE

**BILL TO**
Rejuvica

**INVOICE #** 2116
**DATE** 03/24/2020
**DUE DATE** 03/24/2020
**TERMS** Due on receipt

**SHIP VIA**
PO32420-012

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Rejuvica Sales**<br>Hydrocin | 3,500 | 4.75 | 16,625.00 |

BALANCE DUE **$16,625.00**

# PURCHASE ORDER

## Rejuvica Health LLC

236 Fischer Ave.
Costa Mesa, CA 92626 USA

| | |
|---|---|
| **PO NUMBER:** | 32420-012 |
| **ORDER DATE:** | 3/24/2020 |
| **EST. RECEIVE DATE:** | -- |

**Supplier**

LNG

**Ship to**

Rejuvica Health LLC
236 Fischer Ave.
Costa Mesa, CA 92626 USA

| Product ID | Description | Packing | Quantity | Price | Subtotal |
|---|---|---|---|---|---|
| Hydrocin | Hydrocin | | 3500 | 3.60 | 12,600.00 |

**Total:** **12,600.00**

**Additional Notes**

Please reference PO#32420-012 on the BOL for accurate billing purposes. If you have any questions regarding this order feel free to reach out to me directly at 949-258-9758 or lsmith@rejuvica.com
Thank you, Leigh S.

**Liquid Herbals Manufacturing DBA. Liquid Nutra Gr**
1392 E 1300 S
Vernal, UT 84078 US
accounts@liquidnutragroup.com
liquidnutragroup.com

# INVOICE

**BILL TO**
Rejuvica

**INVOICE #** 2095
**DATE** 03/17/2020
**DUE DATE** 03/17/2020
**TERMS** Due on receipt

**SHIP VIA**
PO31620-009

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Rejuvica Sales** Cherry Force | 2,500 | 4.75 | 11,875.00 |

BALANCE DUE **$11,875.00**

# PURCHASE ORDER

## Rejuvica Health LLC

236 Fischer Ave.
Costa Mesa, CA 92626 USA

| | |
|---|---|
| **PO NUMBER:** | 31620-009 |
| **ORDER DATE:** | 3/16/2020 |
| **EST. RECEIVE DATE:** | -- |

**Supplier**

LNG

**Ship to**

Rejuvica Health LLC
236 Fischer Ave.
Costa Mesa, CA 92626 USA

| Product ID | Description | Packing | Quantity | Price | Subtotal |
|---|---|---|---|---|---|
| CherryFlex | CherryForce | | 2500 | 3.60 | 9,000.00 |
| | | | | **Total:** | **9,000.00** |

**Additional Notes**

If you will, please reference PO#31620-009 on the BOL for accurate billing purposes. If you have any questions regarding this order feel free to reach out to me directly at 949-258-9758 or lsmith@rejuvica.com Thank you, Leigh S.

**Liquid Herbals Manufacturing DBA. Liquid Nutra Gr**
1392 E 1300 S
Vernal, UT 84078 US
accounts@liquidnutragroup.com
liquidnutragroup.com

# INVOICE

**BILL TO**
Rejuvica

**INVOICE #** 2067
**DATE** 03/11/2020
**DUE DATE** 03/11/2020
**TERMS** Due on receipt

**SHIP VIA**
PO3920-003

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Rejuvica Sales**<br>Zenapin IR | 2,500 | 4.75 | 11,875.00 |

BALANCE DUE **$11,875.00**

# PURCHASE ORDER

## Rejuvica Health LLC

236 Fischer Ave.
Costa Mesa, CA 92626 USA

**PO NUMBER:** 3920-003
**ORDER DATE:** 3/9/2020
**EST. RECEIVE DATE:** --

**Supplier**
LNG

**Ship to**
Rejuvica Health LLC
236 Fischer Ave.
Costa Mesa, CA 92626 USA

| Product ID | Description | Packing | Quantity | Price | Subtotal |
|---|---|---|---|---|---|
| ZenapinIR | ZenapinIR | | 2500 | 3.60 | 9,000.00 |

**Total:** **9,000.00**

**Additional Notes**
If you will, please reference PO#3920-003 on the BOL for accurate billing purposes. If you have any questions regarding this order feel free to reach out to me directly at 949-258-9758 or lsmith@rejuvica.com Thank you, Leigh S.

**Liquid Herbals Manufacturing DBA. Liquid Nutra Gr**
1392 E 1300 S
Vernal, UT 84078 US
accounts@liquidnutragroup.com
liquidnutragroup.com

# INVOICE

**BILL TO**
Rejuvica

**INVOICE #** 2058
**DATE** 03/09/2020
**DUE DATE** 03/09/2020
**TERMS** Due on receipt

**SHIP VIA**
PO3240-008

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Rejuvica Sales**<br>Balanced Femme | 5,000 | 4.75 | 23,750.00 |

BALANCE DUE **$23,750.00**

# PURCHASE ORDER

## Rejuvica Health LLC

236 Fischer Ave.
Costa Mesa, CA 92626 USA

**PO NUMBER:** 3420-008
**ORDER DATE:** 3/4/2020
**EST. RECEIVE DATE:** --

**Supplier**

LNG

**Ship to**

Rejuvica Health LLC
236 Fischer Ave.
Costa Mesa, CA 92626 USA

| Product ID | Description | Packing | Quantity | Price | Subtotal |
|---|---|---|---|---|---|
| Balanced Femme | Balanced Femme | | 5000 | 3.60 | 18,000.00 |

**Total:** **18,000.00**

**Additional Notes**

If you will, please reference PO#3420-008 on the BOL for accurate billing purposes. If you have any questions regarding this order feel free to reach out to me directly at 949-258-9758 or lsmith@rejuvica.com Thank you, Leigh S.

**Liquid Herbals Manufacturing DBA. Liquid Nutra Gr**
1392 E 1300 S
Vernal, UT 84078 US
accounts@liquidnutragroup.com
liquidnutragroup.com

# INVOICE

**BILL TO**
Rejuvica

**INVOICE #** 2070
**DATE** 03/11/2020
**DUE DATE** 03/11/2020
**TERMS** Due on receipt

**SHIP VIA**
PO3920-006

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Rejuvica Sales**<br>Active Adrenal | 3,000 | 4.75 | 14,250.00 |

BALANCE DUE **$14,250.00**

# PURCHASE ORDER

## Rejuvica Health LLC

236 Fischer Ave.
Costa Mesa, CA 92626 USA

**PO NUMBER:** 3920-006
**ORDER DATE:** 3/9/2020
**EST. RECEIVE DATE:** --

**Supplier**

LNG

**Ship to**

Rejuvica Health LLC
236 Fischer Ave.
Costa Mesa, CA 92626 USA

| Product ID | Description | Packing | Quantity | Price | Subtotal |
|---|---|---|---|---|---|
| ADR | Adrenal | | 3000 | 3.60 | 10,800.00 |
| | | | | **Total:** | **10,800.00** |

**Additional Notes**

If you will, please reference PO#3920-006 on the BOL for accurate billing purposes. If you have any questions regarding this order feel free to reach out to me directly at 949-258-9758 or lsmith@rejuvica.com Thank you, Leigh S.



LNG000064

**Liquid Herbals Manufacturing DBA. Liquid Nutra Gr**
1392 E 1300 S
Vernal, UT 84078 US
accounts@liquidnutragroup.com
liquidnutragroup.com

# INVOICE

**BILL TO**
Rejuvica

**INVOICE #** 2082
**DATE** 03/17/2020
**DUE DATE** 03/17/2020
**TERMS** Due on receipt

**SHIP VIA**
PO31120-003

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Rejuvica Sales**<br>MunoNow | 2,500 | 6.75 | 16,875.00 |

BALANCE DUE **$16,875.00**

# PURCHASE ORDER

## Rejuvica Health LLC

236 Fischer Ave.
Costa Mesa, CA 92626 USA

**PO NUMBER:** 33120-005
**ORDER DATE:** 3/31/2020
**EST. RECEIVE DATE:** --

**Supplier**

LNG

**Ship to**

Rejuvica Health LLC
236 Fischer Ave.
Costa Mesa, CA 92626 USA

| Product ID | Description | Packing | Quantity | Price | Subtotal |
|---|---|---|---|---|---|
| MunoNow | MunoNow | | 1275 | 6.75 | 8,606.25 |
| | | | | **Total:** | **8,606.25** |

**Additional Notes**

*REVISED PRICE PER UNIT* Please reference PO#33120-005 on the BOL for accurate billing purposes. If you have any questions regarding this order feel free to reach out to me directly at 949-258-9758 or lsmith@rejuvica.com Thank you, Leigh S.

**Liquid Herbals Manufacturing DBA. Liquid Nutra Gr**
1392 E 1300 S
Vernal, UT 84078 US
accounts@liquidnutragroup.com
liquidnutragroup.com

# INVOICE

**BILL TO**
Rejuvica

**INVOICE #** 2057
**DATE** 03/09/2020
**DUE DATE** 03/09/2020
**TERMS** Due on receipt

**SHIP VIA**
PO3420-007

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Rejuvica Sales** Nocturest | 5,000 | 4.75 | 23,750.00 |

BALANCE DUE **$23,750.00**

# PURCHASE ORDER

## Rejuvica Health LLC

236 Fischer Ave.
Costa Mesa, CA 92626 USA

**PO NUMBER:** 3420-007
**ORDER DATE:** 3/4/2020
**EST. RECEIVE DATE:** --

**Supplier**

LNG

**Ship to**

Rejuvica Health LLC
236 Fischer Ave.
Costa Mesa, CA 92626 USA

| Product ID | Description | Packing | Quantity | Price | Subtotal |
|---|---|---|---|---|---|
| Nocturest | Nocturest | | 5000 | 3.60 | 18,000.00 |

**Total:** **18,000.00**

**Additional Notes**

If you will, please reference PO#3420-007 on the BOL for accurate billing purposes. If you have any questions regarding this order feel free to reach out to me directly at 949-258-9758 or lsmith@rejuvica.com Thank you, Leigh S.

**Liquid Herbals Manufacturing DBA. Liquid Nutra Gr**
1392 E 1300 S
Vernal, UT 84078 US
accounts@liquidnutragroup.com
liquidnutragroup.com

# INVOICE

**BILL TO**
Rejuvica

**INVOICE #** 2083
**DATE** 03/17/2020
**DUE DATE** 03/17/2020
**TERMS** Due on receipt

**SHIP VIA**
PO31120-004

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Rejuvica Sales**<br>Iodine | 2,500 | 3.45 | 8,625.00 |

BALANCE DUE **$8,625.00**

# PURCHASE ORDER

## Rejuvica Health LLC

236 Fischer Ave.
Costa Mesa, CA 92626 USA

**PO NUMBER:** 31120-004
**ORDER DATE:** 3/11/2020
**EST. RECEIVE DATE:** --

**Supplier**

LNG

**Ship to**

Rejuvica Health LLC
236 Fischer Ave.
Costa Mesa, CA 92626 USA

| Product ID | Description | Packing | Quantity | Price | Subtotal |
|---|---|---|---|---|---|
| Iodine | Iodine | | 2500 | 3.60 | 9,000.00 |

**Total:** **9,000.00**

**Additional Notes**

If you will, please reference PO#31120-004 on the BOL for accurate billing purposes. If you have any questions regarding this order feel free to reach out to me directly at 949-258-9758 or lsmith@rejuvica.com Thank you, Leigh S.

**Liquid Herbals Manufacturing DBA. Liquid Nutra Gr**
1392 E 1300 S
Vernal, UT 84078 US
accounts@liquidnutragroup.com
liquidnutragroup.com

# INVOICE

**BILL TO**
Rejuvica

**INVOICE #** 2117
**DATE** 03/24/2020
**DUE DATE** 03/24/2020
**TERMS** Due on receipt

**SHIP VIA**
PO32420-013

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Rejuvica Sales**<br>Prostevec | 2,500 | 4.75 | 11,875.00 |

BALANCE DUE **$11,875.00**

# PURCHASE ORDER

## Rejuvica Health LLC

236 Fischer Ave.
Costa Mesa, CA 92626 USA

**PO NUMBER:** 32420-013
**ORDER DATE:** 3/24/2020
**EST. RECEIVE DATE:** --

**Supplier**
LNG

**Ship to**
Rejuvica Health LLC
236 Fischer Ave.
Costa Mesa, CA 92626 USA

| Product ID | Description | Packing | Quantity | Price | Subtotal |
|---|---|---|---|---|---|
| Prostavec | Prostavec | | 2500 | 3.60 | 9,000.00 |

**Total:** **9,000.00**

**Additional Notes**
Please reference PO#32420-013 on the BOL for accurate billing purposes. If you have any questions regarding this order feel free to reach out to me directly at 949-258-9758 or lsmith@rejuvica.com
Thank you, Leigh S.

**Liquid Herbals Manufacturing DBA. Liquid Nutra Gr**
1392 E 1300 S
Vernal, UT 84078 US
accounts@liquidnutragroup.com
liquidnutragroup.com

# INVOICE

**BILL TO**
Rejuvica

**INVOICE #** 2060
**DATE** 03/09/2020
**DUE DATE** 03/09/2020
**TERMS** Due on receipt

**SHIP VIA**
PO3420-010

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Rejuvica Sales**<br>Nerve Factor | 2,500 | 4.75 | 11,875.00 |

BALANCE DUE **$11,875.00**

# PURCHASE ORDER

## Rejuvica Health LLC

236 Fischer Ave.
Costa Mesa, CA 92626 USA

**PO NUMBER:** 3220-005
**ORDER DATE:** 3/2/2020
**EST. RECEIVE DATE:** --

**Supplier**

LNG

**Ship to**

Rejuvica Health LLC
236 Fischer Ave.
Costa Mesa, CA 92626 USA

| Product ID | Description | Packing | Quantity | Price | Subtotal |
|---|---|---|---|---|---|
| Nerve Factor | Nerve Factor | | 5000 | 3.60 | 18,000.00 |

**Total:** **18,000.00**

**Additional Notes**

Please find purchase order attached. If you will, please reference PO# 3220-005 on the BOL for accurate billing purposes. If you have any questions regarding this order feel free to reach out to me directly at 559-595-3867 or nbarrientos@rejuvica.com. Updated from PO # 21820-001 ordered 2-18-2020.

**Liquid Herbals Manufacturing DBA. Liquid Nutra Gr**
1392 E 1300 S
Vernal, UT 84078 US
accounts@liquidnutragroup.com
liquidnutragroup.com

# INVOICE

**BILL TO**
Rejuvica

**INVOICE #** 2127
**DATE** 03/31/2020
**DUE DATE** 03/31/2020
**TERMS** Due on receipt

**SHIP VIA**
PO33120-003

| ACTIVITY | QTY | RATE | AMOUNT |
| --- | --- | --- | --- |
| **Rejuvica Sales**<br>2oz Ginseng | 168 | 5.75 | 966.00 |

| | |
| --- | --- |
| SUBTOTAL | 966.00 |
| SHIPPING | 38.71 |
| TOTAL | 1,004.71 |
| PAYMENT | 966.00 |
| BALANCE DUE | **$38.71** |

**Liquid Herbals Manufacturing DBA. Liquid Nutra Gr**
1392 E 1300 S
Vernal, UT 84078 US
accounts@liquidnutragroup.com
liquidnutragroup.com

# INVOICE

**BILL TO**
Rejuvica

**INVOICE #** 2131
**DATE** 03/31/2020
**DUE DATE** 03/31/2020
**TERMS** Due on receipt

**SHIP VIA**
PO33120-005

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Rejuvica Sales**<br>4oz MunoNow | 1,275 | 6.75 | 8,606.25 |

| | |
|---|---|
| SUBTOTAL | 8,606.25 |
| SHIPPING | 103.63 |
| TOTAL | 8,709.88 |
| PAYMENT | 8,606.25 |
| BALANCE DUE | **$103.63** |

**Liquid Herbals Manufacturing DBA. Liquid Nutra Gr**
1392 E 1300 S
Vernal, UT 84078 US
accounts@liquidnutragroup.com
liquidnutragroup.com

# INVOICE

**BILL TO**
Rejuvica

**INVOICE #** 2126
**DATE** 03/31/2020
**DUE DATE** 03/31/2020
**TERMS** Due on receipt

**SHIP VIA**
PO33120-001

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Rejuvica Sales**<br>2oz Balance Femme | 1,560 | 4.75 | 7,410.00 |

| | |
|---|---|
| SUBTOTAL | 7,410.00 |
| SHIPPING | 120.52 |
| TOTAL | 7,530.52 |
| PAYMENT | 7,410.00 |
| BALANCE DUE | **$120.52** |

**Liquid Herbals Manufacturing DBA. Liquid Nutra Gr**
1392 E 1300 S
Vernal, UT 84078 US
accounts@liquidnutragroup.com
liquidnutragroup.com

# INVOICE

**BILL TO**
Rejuvica

**INVOICE #** 2129
**DATE** 03/31/2020
**DUE DATE** 03/31/2020
**TERMS** Due on receipt

**SHIP VIA**
PO33120-006

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Rejuvica Sales**<br>2oz Nocturest | 4,852 | 4.75 | 23,047.00 |

| | |
|---|---|
| SUBTOTAL | 23,047.00 |
| SHIPPING | 392.67 |
| TOTAL | 23,439.67 |
| PAYMENT | 23,047.00 |
| BALANCE DUE | **$392.67** |

**Liquid Herbals Manufacturing DBA. Liquid Nutra Gr**
1392 E 1300 S
Vernal, UT 84078 US
accounts@liquidnutragroup.com
liquidnutragroup.com

# INVOICE

**BILL TO**
Rejuvica

**INVOICE #** 2125
**DATE** 03/31/2020
**DUE DATE** 03/31/2020
**TERMS** Due on receipt

**SHIP VIA**
PO33120-002

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Rejuvica Sales**<br>2oz Bright Lungs | 523 | 4.75 | 2,484.25 |

| | |
|---|---|
| SUBTOTAL | 2,484.25 |
| SHIPPING | 359.47 |
| TOTAL | 2,843.72 |
| PAYMENT | 2,484.25 |
| BALANCE DUE | **$359.47** |

**Liquid Herbals Manufacturing DBA. Liquid Nutra Gr**
1392 E 1300 S
Vernal, UT 84078 US
accounts@liquidnutragroup.com
liquidnutragroup.com

# INVOICE

**BILL TO**
Rejuvica

**INVOICE #** 2132
**DATE** 03/31/2020
**DUE DATE** 03/31/2020
**TERMS** Due on receipt

**SHIP VIA**
PO33120-008

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Rejuvica Sales**<br>2oz VitaLiver | 8,664 | 4.75 | 41,154.00 |

| | |
|---|---|
| SUBTOTAL | 41,154.00 |
| SHIPPING | 652.74 |
| TOTAL | 41,806.74 |
| PAYMENT | 41,154.00 |
| BALANCE DUE | **$652.74** |

**Liquid Herbals Manufacturing DBA. Liquid Nutra Gr**
1392 E 1300 S
Vernal, UT 84078 US
accounts@liquidnutragroup.com
liquidnutragroup.com

# INVOICE

**BILL TO**
Rejuvica

**INVOICE #** 2148
**DATE** 03/01/2020
**DUE DATE** 04/01/2020
**TERMS** Due on receipt

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Rejuvica Sales** Lab#288418 F107 Due in March | 1 | 681.25 | 681.25 |
| **Rejuvica Sales** Lab#289637 F100 Due in March | 1 | 830.00 | 830.00 |
| **Rejuvica Sales** Lab#287972 F107 Due in March | 1 | 545.00 | 545.00 |
| **Rejuvica Sales** Lab#289048 F108 Due in March | 1 | 590.00 | 590.00 |

BALANCE DUE **$2,646.25**

**Liquid Herbals Manufacturing DBA. Liquid Nutra Gr**
1392 E 1300 S
Vernal, UT 84078 US
accounts@liquidnutragroup.com
liquidnutragroup.com

# INVOICE

**BILL TO**
Rejuvica

**INVOICE #** 2073
**DATE** 02/29/2020
**DUE DATE** 02/29/2020
**TERMS** Due on receipt

**SHIP VIA**
February Content Testing

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Rejuvica Sales**<br>Lab# 286576/ F123/ 191023-101/ Nerve Factor | 1 | 880.00 | 880.00 |
| **Rejuvica Sales**<br>Lab# 286975/F100/ 11119-100/ Nervestra | 1 | 300.00 | 300.00 |
| **Rejuvica Sales**<br>Lab# 286978/ F 107/ 191216-100/ Nocturest | 1 | 200.00 | 200.00 |
| **Rejuvica Sales**<br>Lab# 286979/ F105/ 191126-100/ Active Adrenal | 1 | 280.00 | 280.00 |
| **Rejuvica Sales**<br>Lab# 286779/F106/20F1060109-100/Restavin | 1 | 390.00 | 390.00 |
| **Rejuvica Sales**<br>Lab#286780/F106/20F1060109-101/Restavin | 1 | 390.00 | 390.00 |

BALANCE DUE **$2,440.00**

**Liquid Herbals Manufacturing DBA. Liquid Nutra Gr**
1392 E 1300 S
Vernal, UT 84078 US
accounts@liquidnutragroup.com
liquidnutragroup.com

# INVOICE

**BILL TO**
Rejuvica

**INVOICE #** 2149
**DATE** 04/01/2020
**DUE DATE** 05/01/2020
**TERMS** Due on receipt

| ACTIVITY | QTY | RATE | AMOUNT |
|---|---|---|---|
| **Rejuvica Sales**<br>Lab# 290127 F123 Due in April | 1 | 830.00 | 830.00 |
| **Rejuvica Sales**<br>Lab# 290128 F123 Due in April | 1 | 530.00 | 530.00 |
| **Rejuvica Sales**<br>Lab# 290165 F111 Due in April | 1 | 630.00 | 630.00 |
| **Rejuvica Sales**<br>Lab#290719 F106 Due in April | 1 | 470.00 | 470.00 |
| **Rejuvica Sales**<br>Lab#290776 F108 Due in April | 1 | 630.00 | 630.00 |
| **Rejuvica Sales**<br>Lab#290777 F108 Due in April | 1 | 530.00 | 530.00 |
| **Rejuvica Sales**<br>Lab#291026 F108 Due in April | 1 | 630.00 | 630.00 |
| **Rejuvica Sales**<br>Lab#291027 F108 Due in April | 1 | 530.00 | 530.00 |
| **Rejuvica Sales**<br>Lab#291028 F108 Due in April | 1 | 80.00 | 80.00 |
| **Rejuvica Sales**<br>Lab#291192 F105 Due in April | 1 | 545.00 | 545.00 |
| **Rejuvica Sales**<br>Lab#291839 F107 Due in April | 1 | 545.00 | 545.00 |
| **Rejuvica Sales**<br>Lab#291840 F107 Due in April | 1 | 454.00 | 454.00 |
| **Rejuvica Sales**<br>Lab#292113 F108 Due in April | 1 | 630.00 | 630.00 |
| **Rejuvica Sales**<br>Lab#291970 F123 Due in April | 1 | 830.00 | 830.00 |
| **Rejuvica Sales**<br>Lab#292708 F106 Due in April | 1 | 345.00 | 345.00 |
| **Rejuvica Sales**<br>Lab#292709 F106 Due in April | 1 | 200.00 | 200.00 |

BALANCE DUE **$8,409.00**